In re: **MUSICLAND HOLDING CORP., et al.,**

**Musicland Holding Corp., et al., Debtor,**

**Buena Vista Home Entertainment, Inc., a California corporation, Cargill Financial Services International, Inc., a Delaware corporation, Hain Capital Group, LLC, a Delaware limited liability company, Paramount Pictures Corporation, Twentieth Century Fox Home Entertainment LLC, a Delaware limited liability company, UBS Willow Fund, LLC, a Delaware limited liability company, Varde Investment Partners, L.P., a Delaware limited partnership, Appellants,**

v.

**Wachovia Bank, N.A., a national banking association, in its capacity as Agent, Harris, N.A., a national banking association, Appellees.**

No. 08–3146–bk.

United States Court of Appeals, Second Circuit.

March 31, 2009.

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court be, and it hereby is, AFFIRMED.

Alan Kornfeld, Pachulski Stang Ziehl & Jones, LLP, New York, NY, for Appellants.

Richard G. Haddad, (Stuart J. Wells, on the brief) Otterbourg, Steindler, Houston & Rosen, P.C., New York, NY, for Wachovia.

Fred Lochbiller, Chapman and Cutler, Chicago, IL (Robert D. Piliero, Richard B. Brosnick, Butzel Long, New York, NY, on the brief), for Harris.

PRESENT: Hon. JOSEPH M. McLAUGHLIN, Hon. ROBERT D. SACK, Circuit Judges, Hon. LEWIS A. KAPLAN,* District Judge.

### SUMMARY ORDER

Appellants, certain trade creditors of debtor Musicland Holding Corporation, appeal from a May 22, 2008, opinion and order of the United States District Court

* The Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, sitting by designation.

for the Southern District of New York (Robert W. Sweet, *Judge* ), *Buena Vista Home Entm't, Inc. v. Wachovia Bank, N.A. (In re Musicland Holding Corp.)*, 386 B.R. 428 (S.D.N.Y.2008), affirming an order of the United States Bankruptcy Court for the Southern District of New York (Stuart M. Bernstein, *Chief Bankruptcy Judge* ), *Buena Vista Home Entm't, Inc. v. Wachovia Bank, N.A. (In re Musicland Holding Corp.)*, 374 B.R. 113 (Bankr.S.D.N.Y.2007), dismissing appellants' complaint for failure to state a claim upon which relief can be granted. We assume the parties' and their counsel's familiarity with the underlying facts and procedural history of this case, the opinions of the bankruptcy court and district court, and the issues raised on this appeal.

For substantially the reasons set forth in the opinion of the district court, affirming the order and judgment of the bankruptcy court, the judgment of the district court is hereby AFFIRMED.